# MANDATE

FILED

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

SEP 13  2 21 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

FILED
MAY 9 2000
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

ZIMMITTI

v.

AETNA LIFE INS.

Docket No. 99-9262 CTDC/HTCT
92-CV-187
CHATIGNY

## STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REINSTATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reinstatement of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by _June 8, 2000_. If not thus reinstated, the appeal shall be deemed withdrawn with prejudice.

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under FRAP 42(b).

_____
Attorney for Appellant

_____
Attorney for Appellee

Dated:

SO ORDERED:

Counsel: Please print name and firm under signature.

FOR THE COURT
Roseann B. MacKechnie, Clerk
By _____
Stanley A. Bass, Staff Counsel
May 9, 2000

**A TRUE COPY**
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

CERTIFIED: 9/2/04